1  BARTLETT, LEADER-PICONE & YOUNG, LLP
   KAIPO K.B. YOUNG *(State Bar No. 164718)*
2  2201 BROADWAY, SUITE 803
   OAKLAND, CA 94612
3  TELEPHONE: (510) 444-2404
   FACSIMILE: (510) 444-1291

4  Attorneys for Creditor
   OPERATING ENGINEERS LOCAL UNION #3
5  FEDERAL CREDIT UNION

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>CHRISTINA MARIE MARTIGNOLI,<br><br>Debtor.<br>_____<br><br>OPERATING ENGINEERS LOCAL UNION #3 FEDERAL CREDIT UNION,<br><br>Creditor,<br><br>v.<br><br>CHRISTINA MARIE MARTIGNOLI,<br><br>Debtor. | Case No. 09-14102<br><br>KKY-106<br><br>Chapter 7<br><br>**MOTION FOR RELIEF FROM THE AUTOMATIC STAY.**<br><br>Date: December 23 2009<br>Time: 9:00 a.m.<br>Dept.: U.S. Bankruptcy Court<br>       99 South E Street<br>       Santa Rosa, CA<br><br>**Honorable Alan Jaroslovsky** |

OPERATING ENGINEERS LOCAL UNION #3 FEDERAL CREDIT UNION, its assignees and/or successors, submits its Motion for Relief Automatic Stay provided by 11 U.S.C. Section 362. This motion seeks an Order terminating the Automatic Stay of 11 U.S.C. Section 362, as to moving party, so that the moving party may take all steps necessary under State or Federal law to take possession, and thereafter sell the following vehicle 2000 Cadillac Escalade, I.D. No. 1GYEK13R2YR162228 and thereafter apply the sale proceeds to the respective loan balances.

This motion is brought pursuant to 11 U.S.C. section 362(d)(1) for "cause" and due to

the following: The failure of debtor to make required payments as set forth in the attached Declaration of Alex Lathulerie. Debtor's failure to make required payments provides "cause" for relief from the Automatic Stay.

In addition, Movant seeks relief from the Automatic Stay pursuant to 11 U.S.C. section 362(d)(2), and alleges that in accordance with the information set forth in the Declaration of Alex Lathulerie, there may be insufficient equity in the subject vehicle to justify the continuance of the Automatic Stay.

In addition, in the event relief from stay is granted, Movant will seek an order requiring the Debtor to cooperate in turning over the Vehicle and in the event that Debtor fails to surrender the Vehicle, Movant may return to this Court for further orders necessary to enforce the Court's order.

In addition, and in the event that the Court fails to terminate the stay, and instead continues the Automatic Stay, Movant will seek adequate protection of its secured interest pursuant to 11 U.S.C. Sections 361 and 362, including a requirement that debtor reinstate all past arrearages and immediately commence regular monthly payments.

Furthermore, Movant will also seek attorneys' fees and costs incurred in bringing the Motion.

In addition, Movant requests that the ten (10) day stay as provided for by F.R.B.P. Rule 4001(a)(3) is waived.

In addition, Movant requests such further relief as is just.

This Motion shall be based on these moving papers, as well as the attached Declaration of Alex Lathulerie.

In the event neither the Debtor nor Debtor's counsel or any interested party appears at a hearing on this Motion, the Court may grant relief from the Automatic Stay, as to moving party, so that the moving party may take all steps necessary under State or Federal law to take possession, and thereafter sell the following Vehicle—2000 Cadillac Escalade, I.D. No. 1GYEK13R2YR162228—and thereafter apply the sale proceeds to the respective loan balance.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: December 8, 2009 | BARTLETT, LEADER-PICONE & YOUNG, LLP |
| 3 | | |
| 4 | | BY: **/s/ Kaipo K.B. Young #164718** |
| 5 | | KAIPO K.B. YOUNG<br>Attorney for Secured Creditor<br>OPERATING ENGINEERS LOCAL UNION #3 |
| 6 | | FEDERAL CREDIT UNION |